**Order entered March 11, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01002-CR**

**JAY SANDON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-86065-2019**

**ORDER**

We **REINSTATE** this appeal.

After appellant filed a motion to transfer this appeal to another court of appeals, we referred that motion to the Texas Supreme Court per the procedure set out in *Miles v. Ford Motor Company*, 914 S.W.2d 135, 137 n.2 (Tex. 1995) (per curiam). By order dated March 9, 2022, the supreme court denied the request.

Before the Court is court reporter Jennifer Corley's March 3, 2022 request for an extension of time to file the reporter's record. We **GRANT** the request and

**ORDER** the reporter's record due by April 11, 2022. *See* TEX. R. APP. P. 35.3(c) (each extension must not exceed 30 days in an ordinary appeal).

We **DIRECT** the Clerk to send copies of this order to the Honorable Jay Bender, Presiding Judge, County Court at Law No. 6; to Jennifer Corley, official court reporter, County Court at Law No. 6; to Kimberly Tinsley, deputy official court reporter, County Court at Law No. 6; to appellant at the address on file with the Court; and to the Collin County District Attorney's Office, Appellate Division.


/s/    LANA MYERS
       JUSTICE